**DOMINION RESOURCES, INC., Dominion Nuclear Connecticut, Inc., and Virginia Electric and Power Company, Plaintiffs–Appellees,**

v.

**UNITED STATES, Defendant–Appellant.**

Nos. 2009–5031, 2009–5032.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2010.

Brad Fagg, David M. Kerr, Morgan, Lewis & Bockius LLP, Washington, DC, for Plaintiffs–Appellees.

Lisa L. Donahue, Harold D. Lester Jr., Andrew P. Averbach, Christopher J. Carney, Scott D. Slater, Department of Justice, Jane K. Taylor, Department of Energy, Washington, DC, for Defendant–Appellant.

## ON MOTION

### ORDER

The United States moves for a 15–day extension of time, until September 14, 2010, to file its reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.